JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| EASTWEST UNITED GROUP, INC., | ) | NO. CV 08-04677 SJO (RCx) |
| Plaintiff, | ) | |
| | ) | **JUDGMENT** |
| v. | ) | |
| BELL FLAVORS and FRAGRANCES, INC., | ) | |
| Defendant. | ) | |

This matter came before the Court, The Honorable S. James Otero, District Judge, presiding, on Defendant Bell Flavors and Fragrances, Inc.'s ("BFF") Motion for Summary Judgment or in the Alternative, Partial Summary Judgment, and Plaintiff Eastwest United Group, Inc.'s ("Eastwest") Motion for Summary Judgment, and having carefully considered all the pleadings and admissible evidence, IT IS ORDERED, ADJUDGED, AND DECREED that:

1. BFF is entitled to judgment as a matter of law as to Eastwest's first claim for breach of contract because BFF was not a party to the alleged contract and Eastwest cannot identify any material fact in genuine dispute establishing that BFF was the alter ego of the contract debtors; and

2. BFF is entitled to judgment as a matter of law as to Eastwest's second claim for unjust enrichment because Eastwest cannot identify any material fact in genuine dispute establishing that BFF received a benefit at Eastwest's expense, nor that BFF was the alter ego of any entity that was unjustly enriched at Eastwest's expense.

IT IS SO ADJUDGED.

Dated: January 22, 2010

*S. James Otero*

_____
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE